**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GLORIA A. WHITE, *et al.*,** | : | |
| | : | |
| **Plaintiffs,** | : | **Case No. 2:25-cv-01227** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **NATIONSTAR MORTGAGE LLC, *et al.*,** | : | **MAGISTRATE JUDGE S. COURTER M.** |
| | : | **SHIMEALL** |
| | : | |
| **Defendants.** | : | |

**OPINION & ORDER**

This matter comes before the Court on the Magistrate Judge's September 25, 2026 **Report and Recommendation** (ECF No. 17), which recommends that that this Court dismiss Plaintiffs' case pursuant to Rule 41(b) for failure to prosecute.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 17 at 4). The parties have not filed any objections, and the deadline for objections (October 9, 2026) has lapsed. Accordingly, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation (ECF No. 17) and this case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: October 16, 2026**